COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

LESLIE T. HOLMES,                    §

               Appellant,        §

v.                                   §

                                     §

TEXAS MUTUAL INSURANCE
COMPANY,                             §

               Appellee.         §

No. 08-10-00003-CV

Appeal from the

172nd Judicial District Court

of Jefferson County, Texas

(TC# E-717,301)

## MEMORANDUM  OPINION

This appeal is before the Court on our own motion for determination whether is should be dismissed for want of prosecution.  Appellant, Leslie T. Holmes, filed a notice of appeal on November 30, 2009.  By letter dated January 11, 2010, the clerk of this Court notified Appellant that the clerk's record in this case was past due, and that the Court had received notice from the District Clerk that a designation of record or financial arrangements for the appellate record had not been made.  Appellant was further notified of our intent to dismiss the case for want of prosecution unless, within ten days of the notice, a party demonstrated grounds for continuing the appeal.  Appellant has not responded to the  notice.  Accordingly, pursuant to TEX.R.APP.P. 42.3, we dismiss the appeal for want of prosecution.


February 10, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.